IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00115-RPM

ENCANA OIL & GAS (USA), INC.,

     Plaintiff,

v.

SABREX OF TEXAS, INC, and
ROBERT ATLAS,

     Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the motions hearing convened on June 21, 2006, it is

ORDERED that a pretrial conference is scheduled for **August 18, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **August 10, 2006.**

DATED: June 22nd, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge