IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00115-RPM

ENCANA OIL & GAS (USA), INC.,

    Plaintiff,

v.

SABREX OF TEXAS, INC, and
ROBERT ATLAS,

    Defendants.

_____

### ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference on August 18, 2006, it is

ORDERED that this matter is set for trial to jury on **March 5, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

DATED: August 18, 2006

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge