IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00115-RPM

ENCANA OIL & GAS (USA), INC.,

    Plaintiff,

v.

SABREX OF TEXAS, INC, and
ROBERT ATLAS,

    Defendants.
_____

ORDER VACATING TRIAL DATE AND RELIEVING PARTIES FROM OBLIGATIONS
OF ALL OTHER PRETRIAL ORDERS
_____

    Pursuant to the Unopposed Motion to Vacate Trial Date and for Relief from Pretrial Orders Due to Case Settlement (Doc. #78), filed on January 12, 2007, it is

    ORDERED that the motion is granted.

    DATED: January 16th, 2007

                      BY THE COURT:

                      s/Richard P. Matsch
                      `

                      _____
                      Richard P. Matsch, Senior District Judge