IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00115-RPM

ENCANA OIL & GAS (USA), INC.,

      Plaintiff,

v.

SABREX OF TEXAS, INC, and
ROBERT ATLAS,

      Defendants.
_____

## ORDER
_____

      Upon consideration of the Status Report Re Settlement [80] filed by the plaintiff on November 5, 2007, it is

      ORDERED that plaintiff shall file a further status report on or before December 7, 2007, if papers concluding this case have not been filed by that time.

      DATED: November 6th, 2007

                           BY THE COURT:

                           s/Richard P. Matsch
                         _____
                         Richard P. Matsch, Senior District Judge