IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00115-RPM

ENCANA OIL & GAS (USA), INC.,

    Plaintiff,

v.

SABREX OF TEXAS, INC, and
ROBERT ATLAS,

    Defendants.

_____

ORDER
_____

Upon consideration of the Second Status Report Re Settlement [82] filed by the plaintiff on December 7, 2007, it is

ORDERED that plaintiff shall file a further status report on or before January 14, 2008, if papers concluding this case have not been filed by that time.

DATED: December 10th, 2007

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge