IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00115-RPM

ENCANA OIL & GAS (USA), INC.,

    Plaintiff,

v.

SABREX OF TEXAS, INC, and
ROBERT ATLAS,

    Defendants.

_____

ORDER FOR ENTRY OF JUDGMENT AND DISMISSAL OF CLAIMS AGAINST DEFENDANT ATLAS
_____

Pursuant to the Stipulated Motion for Entry of Judgment against Defendant Sabrex of Texas, Inc., [85] and Plaintiff's Motion for Entry of Judgment and Dismissal of Claims [86], filed on February 14, 2008, it is

ORDERED that all claims against Defendant Robert Atlas are dismissed, with prejudice, each party to pay their own costs and attorney fees, and it is

FURTHER ORDERED that the Clerk shall enter judgment for the plaintiff and against Defendant Sabrex of Texas, Inc., in the amount of $3,947,928.00 plus interest as provided by 28 U.S.C. §1961 until satisfied.

DATED: February 15th, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge